UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL LEE CLARK JR.,

    Petitioner,

-against-

CHRISTOPHER MILLER, DEPARTMENT OF CORRECTIONS SUPERINTENDENT,

    Respondent.

19-CV-4757 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 10, 2019, dismissing the petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 10, 2019
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge